**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PAULETTE HYNEMAN**                                    **PLAINTIFF**

**v.**                        **No.: 4:13-CV-021 BSM**

**SHEMIRACLE KING, et al.**                              **DEFENDANTS**

**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Comes now the ADC Defendants and for their Motion for Partial Judgment on the Pleadings states the following:

1. Plaintiff filed this lawsuit against the ADC Defendants alleging multiple violations of her constitutional rights in connection with an alleged sexual assault at the Arkansas Department of Correction. (D.E. #1 and #5.)

2. The ADC is a state agency of the State of Arkansas and is entitled to sovereign immunity protection.

3. The ADC and its employees working in their official capacities are not persons subject to suit under § 1983.

4. All of Plaintiff's claims against ADC Defendants Shemiracle King and Kimberly Matthews, in their official capacities, should be dismissed since they are entitled to sovereign immunity.

5. The ADC and the ADC Defendants do not consent to this suit and the claims against them in their official capacities should be dismissed.

6. A brief of relevant law is filed in support of this motion for judgment on the pleadings.

**WHEREFORE**, ADC Defendants respectfully request Plaintiff's Complaint against the Arkansas Department of Correction be dismissed. Further, the ADC Defendants pray that the official capacity claims against ADC Defendants King and Matthews be dismissed.

        Respectfully submitted,

        Dustin McDaniel
        Attorney General

By:   /s/ Renae Ford Hudson
      Arkansas Bar No. 95016
      Assistant Attorney General
      Attorneys for ADC Defendants
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      Telephone: (501) 682-2108
      Facsimile:  (501) 682-2591
      renae.hudson@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Renae Ford Hudson, Assistant Attorney General, do hereby certify that on March 7, 2014, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will automatically send notice to any participants.

        /s/ Renae Ford Hudson