# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**PAULETTE HYNEMAN**                                                **PLAINTIFF**

**V.**             **CASE NO. 4:13CV00021 BSM**

**KING, in his individual and official capacity
as a correctional officer for the
Arkansas Department of Correction et al.**          **DEFENDANTS**

## ORDER

Upon review of the record, plaintiff Paulette Hyneman's second motion to amend [Doc. No. 32] her complaint is denied.

IT IS SO ORDERED this 26th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE