IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
SEP 29 2014
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

PAULETTE HYNEMAN                                           PLAINTIFF

v.                          CASE NO. 4:13CV021 BSM

MARK WRIGHT                                                DEFENDANT

## VERDICT FORM

Please provide your verdict by completing the following.

1.) On Paulette Hyneman's claim against Mark Wright, as submitted in Jury Instruction 8, we find in favor of:

_Plaintiff Paulette Hyneman_____
(Plaintiff Paulette Hyneman)   or   (Defendant Mark Wright)

**Answer the following question only if the above finding is in favor of plaintiff Hyneman. If the above finding is in favor of defendant Wright, have your foreperson sign and date this form because you have completed your deliberations.**

2.) We find Hyneman's damages to be: $ _100,000.00_ (stating the amount or, if you find that Hyneman's damages have no monetary value, put $1.00).

**If you found for Hyneman on question 1 and awarded Hyneman damages on question 2, then answer the following question.**

3.) We assess punitive damages against Mark Wright of: $ _150,000.00_ (stating the amount or, if none, write the word none).

_____
Foreperson

Dated: _9-29-2014_

17