CompIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTER DIVISION

**PAULETTE HYNEMAN**                                                                                      **PLAINTIFF**

v.                                         **CASE NO. 4:13CV00021 BSM**

**MARK WRIGHT**                                                                                            **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on September 29, 2013, following one day of trial;

IT IS ORDERED, ADJUDGED AND DECREED that on plaintiff Paulette Hyneman's claim against Mark Wright, as submitted in jury instruction (8), judgment is rendered against defendant Mark Wright and compensatory damages are assessed in the amount of one hundred thousand ($100,000) dollars and punitive damages are assessed in the amount of one hundred and fifty thousand ($150,000) dollars.

Plaintiff shall have fourteen (14) days in which to file her motion for attorneys' fees and costs. Defendant shall have seven (7) days to file his response.

IT IS SO ORDERED this 30th day of September 2014.

_____
UNITED STATES DISTRICT JUDGE